UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEMETRIUS LEE TELLIS,<br><br>Defendant. | 2:12-cr-176-LDG-PAL<br><br>**ORDER** |

The reasons being sound, the parties being in agreement and the best interests of justice and judicial economy being served:

IT IS HEREBY ORDERED that the Probation Department prepare a pre-plea presentence investigation report for Demetrius Lee Tellis.

DATED: _30_ Day of August 2012.

_____
UNITED STATES DISTRICT JUDGE